UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVSION

| | |
|---|---|
| **JANE DOE,**<br><br>Plaintiff,<br><br>vs.<br><br>**FRANK ALSAIGH, ET AL.,**<br><br>Defendant. | **2:26-CV-12319-TGB-DRG**<br><br>HONORABLE TERRENCE G. BERG<br><br>**ORDER REGARDING CLERK'S ENTRY OF DEFAULT** |

A default has been entered in this case pursuant to Plaintiff's request and Plaintiff has not yet sought default judgment. Plaintiff shall file a memorandum setting forth the reasons for not doing so or a motion for default judgment, including an affidavit setting forth the facts showing an entitlement to the specific monetary and/or equitable relief requested **on or before October 22, 2026.** The Court will not conduct a hearing in this matter, unless one is requested by contacting the Court's case manager, Emily Vradenburg at 313-234-2644. At the time the motion is filed, Plaintiff shall submit a proposed order and judgment for the relief requested via the link located under the "Utilities" section of CM/ECF.

SO ORDERED.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 8, 2026, by electronic and/or ordinary mail.
/s/ Emily Vradenburg
Case Manager
(313) 234-2644